| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____ Chapter __11__ |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Macaroni Grill Services LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**    **61-1775963**

**4. Debtor's address**

**Principal place of business**

**1855 Blake St., Ste. 200, Denver, CO 80202**
Number, Street, City, State & ZIP Code

**Denver**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**    **https://www.macaronigrill.com/**

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Macaroni Grill Services LLC**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See "Attachment 1 to Voluntary Petition"**  Relationship _____
District _____ When _____ Case number, if known _____

Debtor  **Macaroni Grill Services LLC**                                           Case number (*if known*) _____
           Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
         Contact name    _____
         Phone           _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☒ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   **Macaroni Grill Services LLC**                                     Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/18/2017
             MM / DD / YYYY

X _/s/ N. Machado_____        **Nishant Machado**
Signature of authorized representative of debtor        Printed name

Title   **President, CEO & CRO**

**18. Signature of attorney**

X _____        Date _____
Signature of attorney for debtor                    MM / DD / YYYY

**Edmon L. Morton**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square
1000 N. King Street
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6600**        Email address   emorton@ycst.com

**3856**
Bar number and State

Debtor  **Macaroni Grill Services LLC**         Case number (*if known*) _____
        Name

■ Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____       **Nishant Machado**
Signature of authorized representative of debtor   Printed name

Title  **President, CEO & CRO**

**18. Signature of attorney**

X _____       Date  **10/18/2017**
Signature of attorney for debtor               MM / DD / YYYY

**Edmon L. Morton**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square
1000 N. King Street
Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6600**      Email address  **emorton@ycst.com**

**3856**
Bar number and State

## ATTACHMENT 1 TO VOLUNTARY PETITION

Pending Bankruptcy Cases Filed by Affiliated Entities

On the date hereof, each of the affiliates listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), will file or have filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.

**The Debtors are the following entities (along with their federal tax identification numbers):**

1. Mac Acquisition LLC (26-3096362)
2. Mac Parent LLC (26-3096715)
3. Mac Holding LLC (26-3096682)
4. Mac Acquisition of New Jersey LLC (27-0991121)
5. Mac Acquisition of Kansas LLC (26-3243910)
6. Mac Acquisition of Anne Arundel County LLC (26-3326571)
7. Mac Acquisition of Frederick County LLC (26-3326881)
8. Mac Acquisition of Baltimore County LLC (26-3326865)
9. Macaroni Grill Services LLC (61-1775963)

01:22433593.2

Fill in this information to identify the case and this filing:

Debtor Name   Mac Acquisition, LLC, et al.

United States Bankruptcy Court for the: _____   District of   Delaware
                                                                     (State)

Case number (If known): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  Combined Corporate Ownership Statement and List of Equity Interest Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/18/2017         X  _/s/ N. Machado_____
              MM / DD / YYYY        Signature of individual signing on behalf of debtor

                                    Nishant Machado
                                    Printed name

                                    President, CEO & CRO
                                    Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non Individual Debtors
01:22434115.2

| Fill in this information to identify the case: |
|---|
| **Debtor name:** MAC ACQUISITION LLC, et al. |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 17-_____ |

☐ Check if this is an amended filing

# Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis      12/15

A list of creditors holding the 30 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Aramark Uniform & Career 2500 Delaware Ave. Des Moines IA 50317 | Jeff Danner danner-jeff@aramark.com Tel: 515-299-2660 | Trade Debt | ☐ C ☐ U ☐ D | | | $767,707.15 |
| 2 | NCR Corporation PO Box 198755 Atlanta GA 30384 | Jordan Harris Jordan.Harris@ncr.com Tel: 817-475-1658 | Trade Debt | ☐ C ☐ U ☐ D | | | $465,598.99 |
| 3 | Db Five Grill LP c/o Cardinal Capital Partners 8214 Westchester Dr. 9th Floor Dallas TX 75225 | Gil Besing gbesing@cardinalcapital.com Tel: 214-696-3600 Fax: 214-696-9854 | Lease Obligations | ☐ C ☐ U ☐ D | | | $400,706.64 |
| 4 | Ch/Mg Ramsey Owner LLC c/o Federman Steifman, LLP 220 East 42nd Street 29th Floor New York NY 10017 | Ariana Golub agolub@loricoreis.com Tel: 602-778-8700; 212 845-9821 | Lease Obligations | ☐ C ☐ U ☐ D | | | $291,260.98 |
| 5 | Second Florida BS Investments, LLC 80 Nashua Road Londonderry NH 03053 | Raja Khanna raja@aviseproperties.com Tel: 603-432-7070 Fax: 603-437-6174 | Lease Obligations | ☐ C ☐ U ☐ D | | | $277,719.12 |
| 6 | Scranton Realty, LLC 7 Park Center Court Owings Mills MD 21117 | Donn Weinberg; Joel Winegarden jwinegarden@hjwineberg.org Tel: 410-654-8500 Fax: 410-654-4900 | Lease Obligations | ☐ C ☐ U ☐ D | | | $230,346.24 |
| 7 | Mjdel LLC 61 Solomon Pierce Rd. Lexington MA 02420 | Nicholas Delegas ndelegas@aol.com Tel: 781-249-8134 | Lease Obligations | ☐ C ☐ U ☐ D | | | $209,674.18 |

Debtor  **MAC ACQUISITION LLC, et al.**                                                                              Case number *(if known)* 17-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | Ecolab<br>5660 Greenwood Plaza Blvd.<br>Suite 230<br>Greenwood Village CO 80111 | Tom Wick<br>Tom.Wick@ecolab.com<br>Tel: 303-222-1720 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $208,665.01 |
| 9 | Casual Dining Cool Springs, LLC<br>26 Knights Court<br>Upper Saddle River NJ 07458 | Val Nasano/Richard Nasano<br>carolinacenters@optonline.net;<br>valnasano@gmail.com<br>Tel: 201-832-0293 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $196,263.00 |
| 10 | Tradecor Gilbert And Vaughn LLC<br>4455 E. Camelback Rd.<br>Ste. E-180<br>Phoenix AZ 85018 | Perry Mann;Britt Rand Sanchez<br>britt.sanchez@tradecorllc.com<br>Tel: 602-819-3580 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $194,649.21 |
| 11 | Ogletree Deakings Nash Smoak & Stewart PC<br>100 North Tampa St<br>Ste. 3600<br>Tampa FL 33602 | Karen Morinelli; Alix Udelson<br>karen.morinelli@ogletreedeakins.com;<br>Alix.Udelson@macgrill.com<br>Tel: 813-289-1247; 832-649-2260 ex. 316<br>Fax: 813-289-6530; 832-504-9398 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $193,568.80 |
| 12 | Shopping Center Assoc<br>c/o Simon Property Group<br>225 W. Washington St.<br>Indianapolis IN 46204 | Sundesh Shah<br>sshah@Simon.com; dlindqui@simon.com<br>Tel: 317-263-2301<br>Fax: 317-685-7255 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $188,356.63 |
| 13 | Casual Dining Altamonte Springs, LLC<br>26 Knights Court<br>Upper Saddle River NJ 07458 | Val Nasano/Richard Nasano<br>carolinacenters@optonline.net;<br>valnasano@gmail.com<br>Tel: 201-832-0293 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $179,059.79 |
| 14 | Inland Continental Property<br>2901 Butterfield Road<br>Oak Brook IL 60523 | Judy Oswald<br>oswald@inlandcontinental.com<br>Tel: 630-645-7260<br>Fax: 630-368-2218 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $167,674.95 |
| 15 | Simon Property Group LP<br>Legal Leasing<br>225 West Washington St.<br>Indianapolis IN 46204 | Mike Freese<br>mfreese@simon.com<br>Tel: 317-636-1600 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $159,792.69 |
| 16 | J Nazzaro Partnership L P<br>8 Saxon Avenue<br>Suite C<br>Bay Shore NY 11706 | James J. Nazzaro<br>jim@jjnazzaro.com<br>Tel: 631-650-7838<br>Fax: 631-650-7952 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $154,685.07 |
| 17 | CBS - Custom Business Solutions Inc<br>12 Morgan<br>Irvine CA 92618 | Art Julian<br>art.julian@cbsnorthstar.com<br>Tel: 714-348 5382 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $153,994.84 |
| 18 | Tres Woodland Investment LLC<br>3460 W. Walnut St.<br>Suite 120<br>Garland TX 75042 | Bryan Ly<br>mr_bryan_ly@verizon.net<br>Tel: 469-879-8826 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $145,554.70 |
| 19 | 2728 Gannon Road, LLC<br>9191 Towne Centre Dr.<br>Suite 180<br>San Diego CA 92122 | Judd Kessler, Esq<br>juddenator@gmail.com<br>Tel: 858-452-1915 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $142,956.18 |

Debtor  **MAC ACQUISITION LLC, et al.**                                                                    Case number *(if known)* 17-_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | A Nazzaro Associates Inc<br>James J. Nazzaro<br>8 Saxon Avenue<br>Suite C<br>Bay Shore NY 11706 | James J. Nazzaro<br>jim@jjnazzaro.com<br>Tel: 631-650-7838<br>Fax: 631-650-7952 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $138,332.13 |
| 21 | SynergySuite Inc.<br>68 Willow Road<br>Menlo Park CA 94040 | Niall Keane<br>niall@synergysuite.com<br>Tel: 650-272-9895 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $128,605.00 |
| 22 | Dulles Town Center Mall LLC<br>c/o Lerner Corporation<br>21100 Dulles Town Circle<br>Suite 234<br>Dulles VA 20166 | Emily Gagliardi<br>EGagliardi@Lerner.com<br>Tel: 301-692-2206<br>Fax: 301-692-2627 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $116,666.69 |
| 23 | 100 Univeristy, LLC<br>c/o Serber & Associates, P.A.<br>2875 N.E. 191st Street<br>Suite 801<br>Aventura FL 33180 | Joanna Plessis, Esq.<br>jplessis@serberlawfirm.com<br>Tel: 305-932-6262<br>Fax: 305-933-9393 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $109,718.06 |
| 24 | Brinker New Jersey, Inc.<br>6820 LBJ Freeway<br>Dallas TX 75240 | Denise Moore<br>denise.moore@brinker.com<br>Tel: 972-770-9070<br>Fax: 972-770-9465 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $108,919.52 |
| 25 | Cole CH/MG Flanders NJ, LLC<br>Legal Department<br>2325 E. Camelback Road<br>Suite 1100<br>Phoenix AZ 85016 | Kathy Rowland<br>kathy.rowland@ColeREIT.com<br>Tel: 602-778-6286<br>Fax: 480-449-7203 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $99,607.80 |
| 26 | Joseph A & Helen R Keim<br>911 Deerpath Court<br>Wheaton IL 60187 | Joseph Keim<br>joekeim@sbcglobal.net<br>Tel: 630-232-1400 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $97,639.17 |
| 27 | CPY - Chas P Young Company<br>1616 McGowen<br>Houston TX 77004 | David A. Carlin<br>david.a.carlin@rrd.com<br>Tel: 713-209-8136 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $94,956.68 |
| 28 | Mamakos Enterprises, LLC<br>Thomas Mamakos<br>108 Breckenridge<br>Wayne NJ 07470 | S. Mamakos<br>smamakos@optonline.net<br>Tel: 973-694-1005; 973-835-0858 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $91,654.59 |
| 29 | Concord Square Associates, LLC<br>c/o Capano Management Company<br>105 Foulk Road<br>Wilmington DE 19803 | Karen M. Fini<br>kfini@capanoinc.com<br>Tel: 302-429-8700<br>Fax: 302-426-1086 | Lease Obligations | ☐ C<br>☐ U<br>☐ D | | | $88,415.46 |
| 30 | CDW Direct LLC<br>PO Box 75723<br>Chicago IL 60675 | Daniel Fistler<br>danifis@cdw.com<br>Tel: 773-451-6070 | Trade Debt | ☐ C<br>☐ U<br>☐ D | | | $85,884.79 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MAC ACQUISITION LLC, *et al.*,[1] | Case No. 17-_____ (___) |
| Debtors. | (Joint Administration Requested) |

**COMBINED CORPORATE OWNERSHIP STATEMENT
AND LIST OF EQUITY INTEREST HOLDERS
PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), and 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Mac Acquisition LLC, a Delaware corporation, and its affiliates, who are each debtors and debtors in possession in the above-captioned cases (each a "Debtor"), hereby state as follows:

1. Mac Parent LLC is the direct or indirect parent of each of the other Debtors. Red Rock Partners, LLC, a non-Debtor, owns 100% of the membership interests in Mac Parent, LLC.

2. The Debtor listed below is 100% owned by Mac Parent LLC:

   - Mac Holding LLC

3. The Debtors listed below are 100% owned by Mac Holding LLC:

   - Mac Acquisition LLC
   - Macaroni Grill Services LLC

4. The Debtors listed below are 100% owned by Mac Acquisition LLC:

   - Mac Acquisition of New Jersey LLC
   - Mac Acquisition of Kansas LLC

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Mac Acquisition LLC (6362); Mac Parent LLC (6715); Mac Holding LLC (6682); Mac Acquisition of New Jersey LLC (1121); Mac Acquisition of Kansas LLC (3910); Mac Acquisition of Anne Arundel County LLC (6571); Mac Acquisition of Frederick County LLC (6881); Mac Acquisition of Baltimore County LLC (6865); and Macaroni Grill Services LLC (5963). The headquarters for the above-captioned Debtors is located at 1855 Blake St., Ste. 200, Denver, CO 80202.

- Mac Acquisition of Anne Arundel County LLC
- Mac Acquisition of Frederick County LLC
- Mac Acquisition of Baltimore County LLC

**WRITTEN CONSENT OF SOLE MANAGER OF**
**MACARONI GRILL SERVICES LLC**

October 17, 2017

The undersigned, being the sole Manager of Macaroni Grill Services LLC, a Florida limited liability company (the "*Company*"), hereby consents in writing to the adoption of the following resolutions and the taking of the actions described therein.

WHEREAS, the Company is managed under the direction of Mac Holding LLC, as the sole manager of the Company (the "*Manager*");

WHEREAS, the Manager has reviewed and considered materials presented by legal and financial advisors of the Company and management regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the impact of the foregoing on the Company's businesses;

WHEREAS, the Manager has received advice from the legal and financial advisors of the Company and management regarding the possible need to liquidate or restructure the Company, and has fully considered each of the strategic alternatives available to the Company, and the impact of the foregoing on the Company's business and its stakeholders;

WHEREAS, the Manager has reviewed and considered the recommendations of the Company's legal and financial advisors and management regarding the relief that would be necessary and advisable to obtain from the Bankruptcy Court to allow the Company to effectively transition into chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") (collectively, the "*First Day Relief*");

WHEREAS, the Manager has determined that it is fair, appropriate, advisable, necessary, and in the best interests of the Company, its creditors, members and other stakeholders that the Company file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code and seek the First Day Relief;

WHEREAS, the Manager desires to approve the following Resolutions:

**Chapter 11 Petition and First Day Relief**

RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the creditors, members and other stakeholders, that the Company (i) file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code and (ii) seek the First Day Relief;

RESOLVED, that Nishant Machado and Pasquale Maturo each as authorized signatory or in any other capacity (each an "*Authorized Officer*," and collectively, the "*Authorized Officers*") acting alone or with one or more other Authorized Officers be, and they hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, and

other motions, papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

**Retention of Professionals**

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed in the name and on behalf of the Company to employ Mackinac Partners, LLC as restructuring financial advisor and to continue to have Nishant Machado serve as President, Chief Executive Officer, and Chief Restructuring Officer, respectively, in connection with any case commenced by the Company under the Bankruptcy Code and all related matters, and any such prior actions are hereby ratified in their entirety;

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed in the name and on behalf of the Company to employ the law firm of Gibson, Dunn & Crutcher LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, and any such prior actions are hereby ratified in their entirety;

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed in the name and on behalf of the Company to employ the law firm of Young Conaway Stargatt & Taylor, LLP as Delaware bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, and any such prior actions are hereby ratified in their entirety;

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed in the name and on behalf of the Company to employ Donlin, Recano & Company, Inc. as claims and noticing agent and administrative advisors in connection with any case commenced by the Company under the Bankruptcy Code and all related matters, and any such prior actions are hereby ratified in their entirety;

RESOLVED, that the Authorized Officers be, and they hereby are, authorized and directed in the name and on behalf of the Company to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations;

RESOLVED, that the Authorized Officers are hereby authorized and directed in the name and on behalf of the Company to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of the foregoing professionals as necessary;

**Further Actions and Prior Actions**

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Company or their designees shall be, and each of them, acting alone, hereby is, authorized, directed, and empowered in the name of, and on behalf

of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein;

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified; and

RESOLVED, that a copy of these Resolutions of the Manager shall be filed in the Company records.

[*Remainder of page intentionally left blank*]

In WITNESS WHEREOF, the undersigned Manager of Macaroni Grill Services LLC has executed this Written Consent, effective as of the date first appearing above.

**MAC HOLDING LLC**

By:  Mac Parent LLC
Its:  Sole Member

_____
Dean A. Riesen
Chairman of the Board